

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00057-CV

| | | |
|---|---|---|
| Lakota Energy Limited Partnership | § | From the 271st District Court |
| | § | of Wise County (CV11-04-320) |
| v. | | |
| | § | November 17, 2016 |
| Merit Management Partners I, L.P.; | § | Opinion by Justice Gabriel |
| Merit Energy Partners III, L.P.; and | | |
| Merit Energy Company, LLC | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
  Justice Lee Gabriel